**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| HELEN HOWARD, | - | |
| | - | |
| Plaintiffs, | - | |
| | - | |
| v. | - | 1:18-cv-00704-CMH-MSN |
| | - | |
| CAPITAL ONE BANK (USA), N., | - | |
| | - | |
| Defendant. | - | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, HELEN HOWARD ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

Respectfully submitted,

Dated: October 26, 2018   /s/ Francis Alexander Webb
Francis Alexander Webb
The Law Offices of F.A. Webb, PLLC
4085 Chain Bridge Road Suite 302
Fairfax, VA 22030
Tel: (703) 539-2003
Fax: (703) 934-8583
Email: frank@fawebb.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2018, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

By: /s/ Francis Alexander Webb
Francis Alexander Webb
Attorney for Plaintiff