**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRA DIVISION**

| | |
|---|---|
| HELEN HOWARD, ) | |
| ) | |
|     Plaintiff, ) | Case No.: 1:18-cv-00704-CMH-MSN |
| ) | |
| v. ) | |
| ) | |
| CAPITAL ONE BANK (USA), N.A., ) | |
| ) | |
|     Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, HELEN HOWARD ("Plaintiff"), and Defendant, CAPITAL ONE BANK (USA), N.A., ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: December 28, 2018        Respectfully Submitted,

                                                By:/s/ Francis Alexander Webb
                                                Francis Alexander Webb
                                                The Law Offices of F.A. Webb, PLLC
                                                4085 Chain Bridge Road Suite 302
                                                Fairfax, VA 22030
                                                Tel: (703) 539-2003
                                                Fax: (703) 934-8583
                                                Email: frank@fawebb.com

                                                ATTORNEY FOR PLAINTIFF

| | |
|---|---|
| Dated: December 28, 2018 | Respectfully Submitted, |

                By: /s/ Seth A. Schaeffer
                Seth A. Schaeffer (VA Bar No. 74509)
                McGuire Woods LLP
                Gateway Plaza
                800 East Canal Street
                Richmond, VA 23219
                Phone: (804) 755-1000
                Fax: (804) 775-1061
                sschaeffer@mcguirewoods.com

                Kathryn M. Caimi (VA Bar No. 78853)
                McGuire Woods LLP
                1750 Tysons Blvd.
                Tysons, VA 22102
                Phone: (703) 712-5033
                Fax: (703) 712-5050
                kcaimi@mcguirewoods.com

                ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2018, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Stipulation was submitted to all parties by way of the Court's CM/ECF System

                                              /s/ Francis Alexander Webb
                                              Francis Alexander Webb
                                              Attorney for Plaintiff