UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRA DIVISION

| | |
|---|---|
| HELEN HOWARD, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:18-cv-00704-CMH-MSN |
| ) | |
| v. ) | |
| ) | |
| CAPITAL ONE BANK (USA), N.A., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, HELEN HOWARD ("Plaintiff"), and Defendant, CAPITAL ONE BANK (USA), N.A., ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: December 28, 2018

Respectfully Submitted,

By: /s/ Francis Alexander Webb
Francis Alexander Webb
The Law Offices of F.A. Webb, PLLC
4085 Chain Bridge Road Suite 302
Fairfax, VA 22030
Tel: (703) 539-2003
Fax: (703) 934-8583
Email: frank@fawebb.com

ATTORNEY FOR PLAINTIFF

So Ordered
Claude M. Hilton
USDJ
Jan 7, 2019

1
STIPULATION OF DISMISSAL

Dated: December 28, 2018

Respectfully Submitted,

By: /s/ Seth A. Schaeffer
Seth A. Schaeffer (VA Bar No. 74509)
McGuire Woods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Phone: (804) 755-1000
Fax: (804) 775-1061
sschaeffer@mcguirewoods.com

Kathryn M. Caimi (VA Bar No. 78853)
McGuire Woods LLP
1750 Tysons Blvd.
Tysons, VA 22102
Phone: (703) 712-5033
Fax: (703) 712-5050
kcaimi@mcguirewoods.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Stipulation was submitted to all parties by way of the Court's CM/ECF System

/s/ Francis Alexander Webb
Francis Alexander Webb
Attorney for Plaintiff